# JOHN MICHAEL UNFRED

ATTORNEY AT LAW
A PROFESSIONAL CORPORATION
PO BOX 327
280 COURT STREET NE, SUITE 250
SALEM OR 97301
(503)371-6005
FAX (503)371-4849

## FAX TRANSMISSION

TO:             Weisberg & Myers, LLC

ATTENTION:      Joshua R. Trigsted

FAX #:          (866) 565-1327

FROM:           John Michael Unfred, Attorney at Law

RE:             Sylvia Ann Walker v. A&S Collections Assoc.

PAGES:          __4__ Page(s) including coverpage

DATE:           Wednesday, September 2, 2009

Please see attached.

1) Offer of Judgment Pursuant to FRCP 68

The attached communication may contain confidential information which is intended only for the individual or entity named on this cover sheet. If you are not the above-named recipient or the agency or employee of the intended recipient you are prohibited from reading, disseminating, copying, or distributing the information contained herein. It is requested that if this communication was transmitted to you erroneously, please notify the sender immediately and immediately return all originals which were transmitted.

JOHN MICHAEL UNFRED, OSB#89373
J. MICHAEL UNFRED, LLC
PO BOX 327 SALEM OR 97308
503-371-6005
unfredjohnmichae@qwestoffice.net
ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SYLVIA ANN WALKER | ) | Case No. CV-09-601-JO |
| Plaintiff, | ) | |
| | ) | OFFER OF JUDGMENT |
| v. | ) | PURSUANT TO FRCP 68 |
| | ) | |
| A&S COLLECTION ASSOCIATES, INC, | ) | |
| Defendant. | ) | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant A&S Collection

Associates, Inc by and through their attorney, John Michael Unfred, hereby offers to allow judgment to

be taken against them in favor of Plaintiff Sylvia Ann Walker as follows:

1)    Judgment shall be entered in the sum total of One Thousand Dollars ($1,000.00), as

against Defendant A&S Collection Associates, Inc and Defendant shall write off the debt

owed by Plaintiff Walker in the amount of One Thousand Nine Hundred Thirty One

Dollars and Seventy Six Cents ($1,931.76);

2)    In addition, Plaintiff's reasonable costs accrued specifically in connection with the

prosecution against Defendant of the claims pled in the above referenced suit are to be

added to the judgment against Defendants, said costs to be agreed to between parties, or

if they are unable to agree, as determined by the Court upon motion; this offer does not

Page 1 of 3 - **Offer of Judgment**

J. MICHAEL UNFRED, LLC
PO BOX 327
280 COURT STREET NE, SUITE 250
SALEM OREGON 97308-0327
(503)371-6005

include an offer of attorneys fees by stipulation or by the Court;

3)     The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff Walker against Defendants, all of their allied, affiliated, parent and associated companies and their respective shareholders, officers, directors, agents, employees, legal representative, successors and assigns, and said judgment shall have no effect whatsoever except in settlement of those claims; and

4)     This offer of Judgment is made solely for the purposes specified in Rule 69 of the Federal Rules of Civil Procedure, and is not to be construed as an admission that Defendant is liable in this action, or that Plaintiff Walker has suffered any damage. All liability is denied.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff Walker within fourteen (14) days after service of the Offer of Judgment, this Offer of Judgment shall be deemed withdrawn and any evidence of this Offer of Judgment will be inadmissable except in any proceeding to recover costs.

Page 2 of 3 - **Offer of Judgment**

**J. MICHAEL UNFRED, LLC**
PO BOX 327
280 COURT STREET NE, SUITE 250
SALEM OREGON 97308-0327
(503)371-6005

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff Walker and any judgment finally obtained by Plaintiff Walker is not more favorable than this Offer of Judgment, Plaintiff Walker must pay all costs incurred by Defendants after the making of this Offer of Judgment.

Dated this 2nd day of September, 2009.

John Michael Unfred, OSB#89373
Attorney for Defendant

I hereby certify that on Sept. 2, 2009, I mailed the above Offer of Judgment

To:     Joshua Trigsted
        5025 North Central Avenue, No. 602
        Phoenix, AZ 85012
        Dated this 2nd day of September, 2009.

John Michael Unfred, OSB#89373
Attorney for Defendant

J. MICHAEL UNFRED, LLC
PO BOX 327
280 COURT STREET NE, SUITE 250
SALEM OREGON 97308-0327
(503)371-6005